```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

KATHERINE R. ARNOLD                                      PLAINTIFF

VS.                             CIVIL ACTION NO. 3:15CV607TSL-RHW

CAROLYN W. COLVIN, ACTING COMMISSIONER                   DEFENDANT
OF SOCIAL SECURITY

<u>ORDER</u>

  This cause is before the court on the report and recommendation of United States Magistrate Judge Robert H. Walker entered on November 1, 2016, recommending that the government's motion to affirm the decision of the commissioner be granted. Plaintiff, Katherine R. Arnold, did not object to the report and recommendation and the time for doing so has expired.  The court, having fully reviewed the report and recommendation and being duly advised in the premises, now finds that the report and recommendation should be adopted as the opinion of the court.

  Based on the foregoing, it ordered that the report and recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the findings of the court. It follows then that the government's motion to affirm is granted, such that the action will be dismissed with prejudice.

  A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of November, 2016.

                                                /s/ Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE